ORANGE COUNTY TRUST COMPANY et al., as Executors and Trustees under the Will of POLLY L. MARTIN, Deceased, Respondents, v. ALICE B. MILLER et al., Appellants.

*Orange County Trust Co.* v. *Miller*, 149 App. Div. 292, affirmed.
(Submitted May 6, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1912, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to recover a balance alleged to be due upon a promissory note.

*Edward E. Conlon* for appellants.

*John Bright, Thomas Watts* and *Elbert N. Oakes* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.